**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re

| | | |
|---|---|---|
| TYRA KENNEDY WINSTON, ) | | Case No. 18-09010 |
| Debtor.  ) | | Chapter 13 |
| ) | | Hon. Judge Donald R. Cassling |
| ) | | |

**MOTION OF ANDRE L. WINSTON**
**FOR RELIEF FROM THE AUTOMATIC STAY**

**NOW COMES** the movant, ANDRE L. WINSTON, by and through his attorney, Naila N. Robinson of LAW OFFICE OF JONATHAN W. COLE, moves this Court pursuant to 11 U.S.C. §362(d) for an Order granting a modification of the automatic stay to proceed in the pending domestic relations matter in the Circuit Court of Cook County, Illinois. In support of the motion, the movant states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334 and General Rule 2.33 the United States District Court for the Northern District of Illinois.

2. On February 22, 2017, TYRA KENNEDY WINSTON (hereinafter, "TYRA" or "Debtor") filed a Petition for Legal Separation against her husband, ANDRE L. WINSTON (hereinafter, "ANDRE" or "Husband") in the Circuit Court of Cook County, Illinois, Case Number 2017 D 1539 ("legal separation matter"). Said matter remains pending and undisposed of before the Circuit Court of Cook County.

3. The pending legal separation matter includes child custody determinations, asset/debt allocation, and child support obligations between ANDRE and TYRA.

4. On March 28, 2018, TYRA filed a voluntary petition for relief ("Petition") under Chapter 13 of the United States Bankruptcy Code ("Code").

5. Debtor has had multiple bankruptcy filings. Debtor received a Chapter 7 Bankruptcy discharge on October 22, 2013. Debtor had two (2) prior Chapter 13 Bankruptcies dismissed on October 26, 2011 and December 22, 2008, respectively.

6. On April 10, 2019, an Order was entered by the Honorable Judge Karen J. Bowes in the Circuit Court of Cook County, staying all matters pertaining to the Domestic Relations matter, as a result of TYRA's bankruptcy filing. Due to the stay, ANDRE is unable to finalize this matter.

7. On the same day, both TYRA and ANDRE were advised by the Domestic Relations Court that the Judge could not reinstate proceedings in the Domestic Relations Court until an Order was entered modifying the automatic stay in the Bankruptcy Court.

8. It is necessary that ANDRE ascertain an Order lifting the automatic stay as it relates to the pending legal separation matter so that the parties can proceed with the court action in Cook County.

9. ANDRE has not filed for Bankruptcy Protection and ANDRE is in need of certain documentation ascertainable through discovery mechanisms in his pending legal separation matter that are necessary to reach a conclusion.

10. ANDRE is being harmed due to the automatic stay that bars the parties from continuing any actions to finalize their legal matter in Domestic Relations Court.

11. This Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and Movant requests this Court so order.

WHEREFORE, the movant, ANDRE L. WINTSON, respectfully requests that this Court enter an Order pursuant to 11 U.S.C. §362(d) modifying the automatic stay to permit the parties to proceed with all aspects of the legal separation action now pending in the Circuit Court of Cook County, Illinois under Case No. 2017 D 1539, and for such other and further relief as this Court deems just and equitable.

Respectfully submitted,

ANDRE L. WINSTON, Movant

By: /s/ Naila N. Robinson

Prepared by:
Naila N. Robinson
Law Office of Jonathan W. Cole
5013 West 95th Street
Oak Lawn, Illinois 60415
Ph: 708-529-7794
Email: naila@jwcolelaw.com