UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

RE: TYRA KENNEDY WINSTON ) Case No. 18 B 09010
) 
Debtor   ) Chapter 13
)
) Judge: DONALD R CASSLING

## NOTICE OF MOTION

TYRA KENNEDY WINSTON

729 N PARKSIDE AVE
CHICAGO, IL 60644

DAVID M SIEGEL
via Clerk's ECF noticing procedures

Please take notice that on October 31, 2019 at 9:15 am my designee or I will appear before the Honorable Judge DONALD R CASSLING at 219 South Dearborn Courtroom 619, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, Il 60603 or by the methods indicated on August 08, 2019.

/s/ Tom Vaughn

## TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On March 28, 2018 the Debtor filed a petition under Chapter 13 of Title 11 U.S.C.

2. The debtor's plan was confirmed on July 26, 2018.

    A summary of the debtor's plan follows:

| | |
|---|---|
| Monthly Payment $635.00 | Last Payment Received: 06/25/2019 |
| Amount Paid $8,840.00 | Amount Delinquent $1,665.00 |

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to the term of a confirmed plan, pursuant to § 1307 (c) (6).

Respectfully submitted,

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900

/s/ Tom Vaughn