**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | 18-09010 |
| | ) | |
| TYRA KENNEDY-WINSTON, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Judge: CASSLING |

**NOTICE OF MOTION**

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee:  USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee: ecf@tvch13.net

*To the following persons or entities who have been served via U.S. Mail:*
See attached list.


Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his or her stead at 219 S. Dearborn Street, Chicago, IL 60604, and in the following courtroom (or any other place posted), and present the attached **Motion to Modify Chapter 13 Plan,** at which time and place you may appear.

       JUDGE:       CASSLING
       ROOM:       619
       DATE:        October 31, 2019
       TIME:        9:30 AM

**PROOF OF SERVICE**

The undersigned certifies that copies of this Notice and attachments were served to the listed persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, on or before October 8, 2019, at 5:30 p.m., with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

DATE OF SERVICE:  October 8, 2019       /s/ Robert C. Bansfield Jr.
                                                                      Robert C. Bansfield Jr., A.R.D.C. #6329415

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
(847) 520-8100

*To the following persons or entities who have been served via U.S. Mail*:

Tyra Kennedy-Winston
729 N. Parkside Ave.
Chicago, IL 60644

City of Chicago Department of Finance
C/o Arnold Scott Harris P.C.
111 W Jackson Blvd Ste.600
Chicago, IL 60604

City of Chicago Department of Finance
Bureau of Utility Billing and
Customer Service
Post Office Box 6330
Chicago, IL 60680-6330

City of Chicago Department
Of Administrative Hearing
City of Chicago - DOAH C/O Arnold Scott
111 W. Jackson Ste 600
Chicago, IL 60604

Nationstar Mortgage LLC
Bankruptcy Department
P.O Box 619096
Dallas, TX 75261-9741

Commonwealth Edison Company
Bankruptcy Department
1919 Swift Drive
Oakbrook, IL 60523

Portfolio Recovery Associates, LLC
Successor to
CAPITAL ONE BANK (USA), N.A.
POB 41067
Norfolk, VA 23541

Loyola University Medical Center
C/o Thomas F. Courtney & Associates
7000 W. 127th Street
Palos Heights, IL 60463

Premier Bankcard, LLC
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud, MN 56302-9617

U.S. BANK NATIONAL ASSOCIATION
as TRUSTEE
Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
PO BOX 24605
West Palm Beach FL 33416-4605

Manor Resources c/o Peritus Portfolio
Services
P.O. Box 141419
Irving, TX 75014-1419

LVNV Funding, LLC as assignee of
MHC Receivables, LLC and FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Scolopax, LLC
C/o Weinstein & Riley, P.S.
2001 Western Ave, Ste 400
Seattle, WA 98121

Illinois Department of Revenue
Bankruptcy Department
PO Box 19035
Springfield, IL 62794

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | 18-09010 |
| | ) | |
| **TYRA KENNEDY-WINSTON,** | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Judge: CASSLING |

**MOTION TO MODIFY CHAPTER 13 PLAN**

NOW COMES the Debtor, **TYRA KENNEDY-WINSTON**, by and through her attorneys, David M. Siegel & Assoc., LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois Eastern Division.

2) Debtor filed a petition for relief under Chapter 13 of Title 11 USC on March 28, 2018.

3) Debtor's confirmed plan requires payments of $750.00 per month for 3 months and $635.00 per month for the remainder of the plan, with General Unsecured Creditors receiving not less than 10% of allowed claims.

4) Debtor seeks to modify her plan under 11 U.S.C. § 1329, suspend her monthly payments until January 26, 2020, increase her monthly in order for her Chapter 13 plan to complete in 60 months, and repay the current default over the remaining span of the plan. This will increase the monthly payment to $795.00 per month starting with the payment due on January 27, 2020.

5) Debtor seeks to suspend her payments and defer her default because of a temporary decrease in her income.

6) Debtor currently receives alimony and child support from her spouse as a result of an on-going divorce matter.

7) However, Debtor's alimony payments from her spouse have been temporary stopped due to a pending trial to determine the amount of alimony Debtor should receive from her spouse. The trial is scheduled to be held in December.

8) The plan will complete within 60 months if the Debtor's motion is granted and unsecured creditors will still receive no less than 10% of their allowed claims.

9) Debtor will be able to afford the increase in her monthly payments by decreasing her costs on various expenses.

10) Debtor requests the above relief without any intent to defraud her creditors.

WHEREFORE, the Debtor, TYRA KENNEDY-WINSTON, prays that this Honorable Court enter an Order to Modify the Chapter 13 Plan and for other such relief as the Court deems fair and proper.

                                            Respectfully Submitted,

                                            /s/ Robert C. Bansfield Jr.
                                            Robert C. Bansfield Jr., A.R.D.C. #6329415
                                            Attorney for the Debtor

David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100